IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL J. PACE, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-674-RJD |
| | ) | |
| GRANITE CITY CLINIC CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion for Expedited Discovery (Doc. 2). Federal Rule of Civil Procedure 26 gives a trial court wide discretion to manage the discovery process. The Court finds that although expedited discovery is not the norm, Plaintiff has demonstrated a need for expedited discovery in this instance. The Court also notes that allowing expedited discovery will facilitate a quick resolution of the pending motion for preliminary injunction. Accordingly, Plaintiff's Motion for Expedited Discovery is **GRANTED**. The following Scheduling Order applies:

1. Responses to written discovery shall be served by **August 25, 2020**.

2. Depositions shall be completed by **October 12, 2020**.

3. Status conference is set for **October 5, 2020 at 10:00 a.m.** The parties should call Judge Daly's conference line at 618-439-7731 to join the call. The Court will discuss further briefing on the motion for preliminary injunction and the setting of an evidentiary hearing and, if appropriate, the entry of a further scheduling order.

**IT IS SO ORDERED.**

**DATED: August 11, 2020**

*s/  Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**